**Dismissed and Memorandum Opinion filed October 25, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00649-CV

### ENRIQUE TORRES, Appellant

### V.

### FIESTA MART, LLC F/K/A FIESTA MART, INC., Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2015-40407**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 19, 2016. The notice of appeal was filed August 17, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On September 22, 2016, this court ordered appellant to pay the appellate filing fee on or before October 7, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.